IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

WILLIAM M. CLARK, JR., TRUSTEE                                    APPELLANT

        v.      Civil No. 05-3066

NADA JEAN FLIPPIN, DEBTOR                                          APPELLEE

## **Final Order**

Now on this 16th day of October, 2006, the above referenced matter comes on for consideration and the Court, being well and sufficiently advised, finds and orders as follows:

1. The Court hereby incorporates into this Final Order, by reference, its previous Order entered herein on September 26, 2006, except for the portions thereof directing the parties to prepare and present to the Court a further stipulation setting out the proper valuation of the debtor's dower interest.

2. The Court notes that, in accordance with the said previous Order of September 29, 2006, the parties have prepared and submitted to the Court a document titled "Stipulations" which, among other things, sets forth their agreement that the inchoate dower interest in question has a value of $69,548.49.

3. The Court has reviewed the said Stipulations and finds they should be accepted. Accordingly, the Court finds that the value of the debtor's dower interest in the property located at 4643 Marion County 5014, Everton, Arkansas is $69,548.49.

4. Further, the Court hereby directs the parties to file said Stipulations with the Clerk of this Court.

**IT IS, THEREFORE, ORDERED** that, except for the portions directing the parties to prepare and present to the Court a further stipulation setting out the proper valuation of the debtor's dower interest, the Court's previous Order entered September 29, 2006, is hereby reaffirmed as supplemented herein.

**IT IS FURTHER ORDERED** that the decision of the Bankruptcy Court is:

* **affirmed** to the extent it determined that the debtor's dower interest is an asset of the bankruptcy estate;

* **affirmed** to the extent it determined that the Trustee's motion for turnover should be denied -- and the said motion is hereby **denied**; and

* **supplemented** by the determination that the said inchoate dower interest should be valued; and the conclusion that the value of the said interest is $69,548.49, per the stipulation of the parties.

**FINALLY, IT IS ORDERED** that the parties are to file the Stipulations presented to this Court.

**IT IS SO ORDERED**

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE